1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Cameron J. Bonner

7

8

9

10 **UNITED STATES DISTRICT COURT**

11 **CENTRAL DISTRICT OF CALIFORNIA**

12 | CAMERON J. BONNER,                         ) Case No.: CV 11-08743 AGR
                                                )
13 |     Plaintiff,                             ) ORDER AWARDING EQUAL
                                                ) ACCESS TO JUSTICE ACT
14 | vs.                                        ) ATTORNEY FEES AND EXPENSES
                                                ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting                  ) AND COSTS PURSUANT TO 28
    Commissioner of Social Security,            ) U.S.C. § 1920
16 |                                            )
        Defendant                               )
17                                              )
                                                )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $6,000.00, as

22 authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

23 DATE:  February 18, 2015

24                                   *alicia G. Rosenberg*

25                                   _____
                                     THE HONORABLE ALICIA G. ROSENBERG
26                                   UNITED STATES MAGISTRATE JUDGE

1 | Respectfully submitted,

2 | LAW OFFICES OF Lawrence D. Rohlfing

3 |         /s/ *Young Cho*
   | _____
4 | Young Cho
   | Attorney for plaintiff Cameron J. Bonner

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26